# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

TIFFANY DRIVER                                          PLAINTIFF

VS.                        3:19CV00086 JM

RUBEN HERNANDEZ                                         DEFENDANT

## AMENDED ORDER

The Court has considered the motion to withdraw of Michael Snell as counsel for Defendant Ruben Hernandez. The motion is granted. Within twenty (20) days of the date of this Order, Defendant is directed to either (1) advise the Court in writing that he intends to represent himself and provide his address and phone numbers or (2) have another attorney enter an appearance on his behalf. Defendant is also ordered to file a response to the Plaintiff's Motion to Compel which was filed on December 4, 2019. Failure to comply with this order could result in sanctions being imposed.

Mr. Snell is ordered to serve a copy of this order and the Motion to Compel on his former client by certified mail, return receipt requested, and by first class mail, and file an affidavit of service with the Court.

The motion to withdraw (ECF No. 19) is GRANTED.

IT IS SO ORDERED this 2nd day of January, 2020.

James M. Moody Jr.
United States District Judge