IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**TIFFANY DRIVER**  PLAINTIFF

V.   3:19CV00086 JM

**RUBEN HERNANDEZ**  DEFENDANT

## ORDER

Pursuant to Rule 41(a)(2), Plaintiff's Motion to Voluntarily Non-Suit without prejudice (ECF No. 51) is GRANTED. Plaintiff's Motion for Partial Summary Judgment (ECF No. 46) is MOOT. The Clerk is directed to close the case. The trial scheduled for October 18, 2021 is cancelled.

IT IS SO ORDERED this 13th day of October, 2021.

_____
James M. Moody Jr.
United States District Judge